959 A.2d 906

**Donald SHEA, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Oct. 29, 2008.

## ORDER

PER CURIAM.

AND NOW, this 29th day of October, 2008, the Order of the Commonwealth Court is **AFFIRMED.**